In the Matter of Toch Realty Company et al., Respondents.

James A. Higgins, as Commissioner of Accounts of the City of New York, Appellant.

(Argued May 11, 1931; decided June 2, 1931.)

*Arthur J. W. Hilly, Corporation Counsel (Leonard M. Wallstein, William E. C. Mayer, J. Joseph Lilly* and *Ralph M. Frink* of counsel), for appellant.

*Ferdinand I. Haber, Edward W. Murphy* and *Francis P. O'Connor* for respondents.

Order of the Appellate Division reversed and that of the Special Term affirmed, with costs in this court and in the Appellate Division, on the opinion in *Matter of Edge Ho Holding Corp.* (256 N. Y. 374); no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.